# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**SHARON FINNELL, *et al.*,**
        **Plaintiffs,**

        **v.**                    **Case Number 2:26-cv-238**
                                 **Judge Edmund A. Sargus, Jr.**
**J.W. RUBY MEMORIAL HOSPITAL**     **Magistrate Judge S. Courter M. Shimeall**
**MORGUE, *et al.*,**
        **Defendants.**

## ORDER

This matter is before the Court on the Parties' Joint Motion Regarding Withdrawal of Filings. (ECF No. 20.) The Parties request that the following filings be withdrawn, stricken, and not considered by the Court: Plaintiffs' Motion to Remand (ECF No. 12); Plaintiffs' Response to Defendant's Motion to Dismiss (ECF No. 13); and Defendant Office of Chief Medical Examiner's Motion for Sanctions (ECF No. 17). The Joint Motion was signed by counsel for all Parties who have appeared in this matter.

The Court **GRANTS** (ECF No. 20) the Parties' Joint Motion Regarding Withdrawal of Filings. The Court deems as **WITHDRAWN** (ECF No. 12) Plaintiffs' Motion to Remand; (ECF No. 13) Plaintiffs' Response to Defendant's Motion to Dismiss; and (ECF No. 17) Defendant Office of Chief Medical Examiner's Motion for Sanctions. The Clerk is **DIRECTED** to take down the gavels at ECF Nos. 12 and 17.

The Court will address the Parties' Stipulation to Transfer to the Northern District of West Virginia (ECF No. 21) by separate order.

    **IT IS SO ORDERED.**

**6/11/2026**                              **s/Edmund A. Sargus, Jr.**
**DATE**                                 **EDMUND A. SARGUS, JR.**
                                       **UNITED STATES DISTRICT JUDGE**